IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JASON JEWETT, | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | 1:13-CV-06819-SLT-SMG |
| MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP & EXCALIBUR I, LLC | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his legal counsel, hereby give notice that the above-captioned action has been settled. Plaintiff respectfully requests that this action be voluntarily dismissed with prejudice against the Defendant.

Dated:	January 13, 2014

    By: _/s/ Allison Polesky_____
    Allison Polesky, Esq. (AP5446)
    LAW OFFICES OF ALLISON POLESKY, P.C.
    1 S. Franklin St., Suite 2
    Nyack, NY 10960
    Phone:	914-610-3207
    Facsimile: 914-610-3770
    Email:	apolesky@poleskylaw.com
    Attorney for Plaintiff Jason Jewett

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 13, 2014, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the Defendant via email at the address listed below.

Dated:  January 13, 2014

Gerald W. Flynn, Esq.
Mullooly, Jeffrey, Rooney & Flynn LLP
6851 Jericho Turnpike, Suite 220
P.O. Box 9036
Syosset, NY 11791-9036
gflynn@mjrf.com

            By: __/s/ Allison Polesky_____
            Allison Polesky, Esq. (AP5446)
            LAW OFFICES OF ALLISON POLESKY, P.C.
            1 S. Franklin St., Suite 2
            Nyack, NY 10960
            Phone: 914-610-3207
            Facsimile: 914-610-3770
            Email: apolesky@poleskylaw.com
            Attorney for Plaintiff Jason Jewett