IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON JEWETT, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff, | |
| vs. | |
| | 1:13-CV-06819-SLT-SMG |
| MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP & EXCALIBUR I, LLC | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his legal counsel, hereby give notice that the above-captioned action has been settled. Plaintiff respectfully requests that this action be voluntarily dismissed with prejudice against the Defendant.

Dated:     January 13, 2014

By: /s/ Allison Polesky
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
1 S. Franklin St., Suite 2
Nyack, NY 10960
Phone:    914-610-3207
Facsimile: 914-610-3770
Email:    apolesky@poleskylaw.com
Attorney for Plaintiff Jason Jewett

ORDER

In light of this Notice of Voluntary Dismissal, the Clerk of Court is directed to close this case.

So ordered:

/s/(SLT)

U.S.D.J.          1/14/14